STROOCK & STROOCK & LAVAN LLP
STEPHEN J. NEWMAN (State Bar No. 181570)
JIAE MOON (State Bar No. 198370)
BRIAN C. FRONTINO (State Bar No. 222032)
2029 Century Park East, Suite 1800
Los Angeles, California  90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
lacalendar@stroock.com

Attorneys for Defendant
AMERICAN EXPRESS CENTURION BANK


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| JOSEPH E. GERBER, an individual, | Case No. 06-CV-1024 DFL DAD PS |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT AMERICAN EXPRESS CENTURION BANK TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| vs. | |
| AMERICAN EXPRESS CENTURION BANK, a Utah corporation, d.b.a. AMERICAN EXPRESS and AMERICAN EXPRESS CARDS; ALLIED INTERSTATE, INC., a Minnesota corporation; MYESHA MENSA, an individual or the alias of an individual, DAN BORGHESE, an individual or the alias of an individual; OSI COLLECTION SERVICES, INC., a Delaware corporation; and, AARON FERRIER, an individual or the alias of an individual, | Action Filed:  May 10, 2006 |
| Defendants. | |


**STIPULATION**

WHEREAS, plaintiff Joseph E. Gerber ("Plaintiff") filed his Complaint in this action on May 10, 2006;

WHEREAS, defendant American Express Centurion Bank ("American Express") was served with the Summons and Complaint on or about May 22, 2006;

WHEREAS, pursuant to agreement between the parties, American Express's response to the Complaint previously was extended by fourteen (14) days to June 26, 2006; and

WHEREAS, the parties have begun discussions regarding the potential for an informal resolution of this matter and agree that additional time is necessary to adequately explore whether settlement is feasible before either party incurs unnecessary additional litigation expenses;

IT IS HEREBY STIPULATED, by and between Plaintiff and American Express, through its counsel of record, that the time for American Express to respond to Plaintiff's Complaint is extended to July 26, 2006.

**IT IS SO STIPULATED**.


Dated:  June 13, 2006           STROOCK & STROOCK & LAVAN LLP
                                STEPHEN J. NEWMAN
                                JIAE MOON
                                BRIAN C. FRONTINO


                                By: _____
                                            /s/ Brian C. Frontino

                                Attorneys for Defendant
                                    AMERICAN EXPRESS CENTURION BANK


Dated:  June 13, 2006           JOSEPH E. GERBER (in pro per)


                                By: _____
                                            /s/ Joseph E. Gerber


IT IS SO ORDERED.

DATED: June 26, 2006.


                                _____
                                DALE A. DROZD
                                UNITED STATES MAGISTRATE JUDGE


Ddad1/orders.prose/gerber1024.stipord.americanexp


-2-