Damian M. Dolin, Esq., Bar No. 220867
PETTIT KOHN INGRASSIA & LUTZ PC
12250 El Camino Real, Suite 350
San Diego, California 92130
(858) 755-8500/FAX (858) 755-8504

Attorneys for Defendant ALLIED INTERSTATE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH E. GERBER,<br><br>                    Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS CENTURION BANK, a Utah corporation, dba AMERICAN EXPRESS and AMERICAN EXPRESS CARDS; ALLIED INTERSTATE, INC., a Minnesota corporation; MYESHA MENSA, an individual or the alias of an individual, DAN BORGHESE, an individual or the alias of an individual; OSI COLLECTION SERVICES, INC., a Delaware corporation; and AARON FERRIER, an individual or the alias of an individual,<br><br>                    Defendants. | CASE NO.:  2:06-CV-1024 DFL DAD PS<br><br>AMENDED STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING<br><br>District Judge:     David F. Levi<br>Magistrate Judge:  Dale A. Drozd<br>Complaint Filed:    May 10, 2006 |

WHEREAS, ALLIED INTERSTATE, INC.'S ("ALLIED") responsive pleading was due to be filed on June 7, 2006;

WHEREAS, counsel for ALLIED received the complaint on June 5, 2006;

WHEREAS, the complaint is fifty pages long;

WHEREAS, ALLIED'S counsel applied for certification before the United States District Court, Eastern Division on June 7, 2006;

1

*AMENDED* STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING

PDF created with pdfFactory trial version www.pdffactory.com

1    WHEREAS, ALLIED agreed to accept service on behalf of MYESHA MENSA and DAN BORGHESE;

WHEREFORE, the parties previously stipulated that ALLIED and its employees responsive pleading was due on June 22, 2006;

WHEREAS the parties are actively engaging in settlement negotiations;

THEREFORE, it is hereby stipulated and agreed to by the parties the following:

1.    ALLIED'S responsive pleading is now due to be filed on July 24, 2006.

SO STIPULATED.

                          PETTIT KOHN INGRASSIA & LUTZ PC

Dated: June 23 2006          By:    /s/ Damian M. Dolin
                                    Damian M. Dolin, Esq.
                                    Attorneys for Defendant
                                    ALLIED INTERSTATE, INC.

Dated: June 22, 2006         By:    /s/ Joseph E. Gerber
                                    Joseph E. Gerber

## ORDER

After reviewing the stipulation to extend time to file a responsive pleading, signed by all attorneys of record, it is hereby order that:

1.    ALLIED'S responsive pleading is now due to be filed on July 24, 2006.

Dated:   June 26, 2006

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.prose/gerber1024.stipord.allied

2

*AMENDED* STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING

PDF created with pdfFactory trial version www.pdffactory.com