| | |
|---|---|
| 1 | |
| 2 | STROOCK & STROOCK & LAVAN LLP |
|   | STEPHEN J. NEWMAN (State Bar No. 181570) |
| 3 | JIAE MOON (State Bar No. 198370) |
|   | BRIAN C. FRONTINO (State Bar No. 222032) |
| 4 | 2029 Century Park East, Suite 1800 |
|   | Los Angeles, California  90067-3086 |
| 5 | Telephone: 310-556-5800 |
|   | Facsimile: 310-556-5959l |
| 6 | acalendar@stroock.com |
| 7 | |
| 8 | Attorneys for Defendant |
|   | AMERICAN EXPRESS CENTURION BANK |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSEPH E. GERBER, an individual, | ) | Case No. 06-CV-1024 DFL DAD PS |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO** |
| | ) | **EXTEND TIME FOR** |
| vs. | ) | **DEFENDANTS AMERICAN** |
| | ) | **EXPRESS CENTURION BANK,** |
| AMERICAN EXPRESS CENTURION | ) | **ALLIED INTERSTATE, INC.,** |
| BANK, a Utah corporation, d.b.a. | ) | **MYESHA MENSA AND DAN** |
| AMERICAN EXPRESS and AMERICAN | ) | **BORGHESE TO RESPOND TO** |
| EXPRESS CARDS; ALLIED | ) | **PLAINTIFF'S COMPLAINT** |
| INTERSTATE, INC., a Minnesota | ) | |
| corporation; MYESHA MENSA, an | ) | Action Filed:  May 10, 2006 |
| individual or the alias of an individual, | ) | |
| DAN BORGHESE, an individual or the | ) | |
| alias of an individual; OSI | ) | |
| COLLECTION SERVICES, INC., a | ) | |
| Delaware corporation; and, AARON | ) | |
| FERRIER, an individual or the alias of an | ) | |
| individual, | ) | |
| | ) | |
| Defendants. | ) | |

## **STIPULATION**

WHEREAS, plaintiff Joseph E. Gerber ("Plaintiff") filed his Complaint in this action on May 10, 2006;

WHEREAS, defendant American Express Centurion Bank ("American Express") was served with the Summons and Complaint on or about May 22, 2006;

WHEREAS, American Express's response to the Complaint currently is due on July 26, 2006;

WHEREAS, the response of defendants Allied Interstate, Inc., Myesha Mensa and Dan Borghese (collectively, "Allied") to the Complaint currently is due on July 24, 2006; and

WHEREAS, the parties have continued to discuss the potential for an informal resolution of this matter and agree that additional time is necessary to adequately explore whether settlement is feasible before the parties incur unnecessary additional litigation expenses.

IT IS HEREBY STIPULATED, by and between Plaintiff, on the one hand, and American Express and Allied, on the other, that the time for American Express and Allied to respond to Plaintiff's Complaint is extended to August 28, 2006.

**IT IS SO STIPULATED.**

Dated:  July 20, 2006    JOSEPH E. GERBER (in pro per)

By:   /s/
 Joseph E. Gerber

Dated:  July 21, 2006    STROOCK & STROOCK & LAVAN LLP
STEPHEN J. NEWMAN
JIAE MOON
BRIAN C. FRONTINO

By:   /s/
 JiAe Moon
Attorneys for Defendant
  AMERICAN EXPRESS CENTURION BANK

Dated:  July 21, 2006    PETTIT KOHN INGRASSIA & LUTZ PC
DAMIAN M. DOLIN
By:   /s/
 Damian M. Dolin

Attorneys for Defendants
  ALLIED INTERSTATE, INC.,
  MYESHA MENSA and DAN BORGHESE

IT IS SO ORDERED.

DATED: July 24, 2006.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1/orders.prose/gerber1024.stipord.eot