1  STROOCK & STROOCK & LAVAN LLP
   STEPHEN J. NEWMAN (State Bar No. 181570)
2  JIAE MOON (State Bar No. 198370)
   BRIAN C. FRONTINO (State Bar No. 222032)
3  2029 Century Park East, Suite 1800
   Los Angeles, California 90067-3086
4  Telephone: 310-556-5800
   Facsimile: 310-556-5959
5  lacalendar@stroock.com

6  Attorneys for Defendant
     AMERICAN EXPRESS CENTURION BANK
7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **EASTERN DISTRICT OF CALIFORNIA**
10

11

   JOSEPH E. GERBER, an individual,        )  Case No. 06-CV-1024 DFL(DAD) PS
12                                          )
            Plaintiff,                      )
13                                          )  **STIPULATION AND ORDER TO**
       vs.                                  )  **VACATE RESPONSE DATE FOR**
14                                          )  **DEFENDANTS AMERICAN EXPRESS**
   AMERICAN EXPRESS CENTURION              )  **CENTURION BANK, ALLIED**
15 BANK, a Utah corporation, d.b.a.         )  **INTERSTATE, INC., MYESHA MENSA**
   AMERICAN EXPRESS and AMERICAN           )  **AND DAN BORGHESE TO PLAINTIFF'S**
16 EXPRESS CARDS; ALLIED                    )  **COMPLAINT**
   INTERSTATE, INC., a Minnesota            )
17 corporation; MYESHA MENSA, an            )
   individual or the alias of an individual, DAN )
18 BORGHESE, an individual or the alias of an )
   individual; OSI COLLECTION SERVICES,    )
19 INC., a Delaware corporation; and, AARON )  Action Filed:  May 10, 2006
   FERRIER, an individual or the alias of an )
20 individual,                               )
                                             )
21          Defendants.                     )
                                             )
22 _____)

23

24

25

26

27

28

**STIPULATION**

WHEREAS, plaintiff Joseph E. Gerber ("Plaintiff") filed his Complaint in this action on May 10, 2006;

WHEREAS, as a result of two prior extensions, the responses of defendants Allied Interstate, Inc., Myesha Mensa and Dan Borghese (collectively, "Allied") and American Express Centurion Bank ("American Express") to Plaintiff's Complaint currently are due on August 28, 2006;

WHEREAS, Plaintiff filed a Motion for Leave to file a First Amended Complaint ("Motion"), which is unopposed and currently is set for hearing on September 8, 2006; and

WHEREAS, the parties are exploring the potential for an informal resolution of this matter and agree that additional time is necessary adequately to determine whether settlement is feasible before the parties incur unnecessary additional litigation expenses;

WHEREAS, the parties agree that the filing of Allied's and American Express's responses to Plaintiff's Complaint should be deferred until the Court issues a ruling on the Motion;

IT IS HEREBY STIPULATED, by and between Plaintiff, on the one hand, and American Express and Allied, on the other, that:

1. American Express and Allied need not respond to the initial Complaint on August 28, 2006;

///
///
///

2. American Express and Allied shall file their responses to the Complaint or the amended complaint on or before September 28, 2006.

**IT IS SO STIPULATED**.

Dated: August 23, 2006   JOSEPH E. GERBER (in pro per)

By: _____/s/_____
       Joseph E. Gerber

Dated: August 23, 2006   STROOCK & STROOCK & LAVAN LLP
STEPHEN J. NEWMAN
JIAE MOON
BRIAN C. FRONTINO

By: _____/s/_____
       JiAe Moon

Attorneys for Defendant
   AMERICAN EXPRESS CENTURION BANK

Dated: August 23, 2006   PETTIT KOHN INGRASSIA & LUTZ PC
DAMIAN M. DOLIN

By: _____/s/_____
       Damian M. Dolin

Attorneys for Defendants
   ALLIED INTERSTATE, INC., MYESHA MENSA and DAN BORGHESE

**IT IS SO ORDERED.**

DATED: August 29, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.prose/gerber1024.stipord

06-CV-1024 DFL

-3-