1  Joseph E. Gerber
   P.O. Box 3222
2  Carmichael, California 95609
   Telephone: (916) 944-2250
3  E-fax: (561) 828-8049

4  *In propria persona.*





OCT 0 3 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

6              UNITED STATES DISTRICT COURT

7              EASTERN DISTRICT OF CALIFORNIA

9  JOSEPH E. GERBER,              )   Civil Action
   an individual,                 )   No.: 2:06-CV-1024-DFL-DAD
10                                )
                  Plaintiff,      )
11                                )   STIPULATION AND [~~PROPOSED~~]
                                  )   ORDER TO EXTEND TIME FOR
12       vs.                      )   ALL PARTIES' INITIAL DISCLOSURES
                                  )   UNDER FED. R. CIV. P. 26(a)
13 AMERICAN EXPRESS CENTURION     )
   BANK, a Utah corporation, d.b.a )
14 AMERICAN EXPRESS and AMERICAN  )
   EXPRESS CARDS; ALLIED          )
15 INTERSTATE, INC., a Minnesota  )
   corporation; MYESHA MENSA, an  )
16 individual or the alias of an individual, )
   DAN BORGHESE, an individual or the )
17 alias of an individual; OSI COLLECTION )
   SERVICES, INC., a Delaware corporation; )
18 and, AARON FERRIER, an individual )
   or the alias of an individual.  )
19                                )
                                  )
20                Defendants.     )
                                  )
21

22

23       The parties hereby stipulate that the due date for exchange of Initial Disclosures under

24 Fed. R. Civ. P. 26(a) shall be extended by 14 (fourteen) days to September 29, 2006. The

25 due date originally set by agreement during the Status Conference of September 8, 2006 was

26 September 15, 2006.

27       ~~Good cause exists for this extension in that the parties are continuing to pursue~~  DAD

28
   STIPULATION AND [PROPOSED] ORDER
   TO EXTEND TIME FOR ALL PARTIES'
   INITIAL DISCLOSURES UNDER F.R.C.P. 26(a)

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: __SEPT. 14__, 2006 | JOSEPH E. GERBER |
| 3 | | |
| 4 | | By: _____<br>Plaintiff, *in propria persona* |
| 5 | | |
| 6 | Dated: __September 15__, 2006 | STROOK & STROOK & LAVAN |
| 7 | | |
| 8 | | By: _____<br>STEPHEN J. NEWMAN<br>JIAE MOON |
| 9 | | BRIAN C. FRONTINO<br>Attorneys for Defendant |
| 10 | | AMERICAN EXPRESS<br>CENTURION BANK |
| 11 | | |
| 12 | | |
| 13 | Dated: _____, 2006 | PETTIT KOHN INGRASSIA<br>& LUTZ PC |
| 14 | | |
| 15 | | By: _____<br>DAMIAN M. DOLIN |
| 16 | | Attorneys for Defendants<br>ALLIED INTERSTATE, INC., |
| 17 | | PEACE M. ANSAH-MENSAH<br>and WILLIAM D. BORGHESE |
| 18 | | |
| 19 | Dated: _____, 2006 | MATHENY, SEARS, LINKERT<br>& LONG, LLP |
| 20 | | |
| 21 | | By: _____<br>RICHARD S. LINKERT |
| 22 | | MICHAEL A. BISHOP<br>ADRIANNE B. SAMMS |
| 23 | | Attorneys for Defendants<br>OSI COLLECTION SERVICES, |
| 24 | | INC. and AARON FERRIER |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | STIPULATION AND [PROPOSED] ORDER<br>TO EXTEND TIME FOR ALL PARTIES'<br>INITIAL DISCLOSURES UNDER F.R.C.P. 26(a) | 10/2/06   IT IS SO ORDERED<br>-2-           _____ |

1

2　Dated: _SEPT. 14_____, 2006　　　　　　JOSEPH E. GERBER

3
　　　　　　　　　　　　　　　　　　　　By:_____
4　　　　　　　　　　　　　　　　　　　　　　Plaintiff, *in propria persona*

5

6　Dated:_____, 2006　　　　STROOK & STROOK & LAVAN

7
　　　　　　　　　　　　　　　　　　　　By:_____
8　　　　　　　　　　　　　　　　　　　　　　STEPHEN J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　　JIAE MOON
9　　　　　　　　　　　　　　　　　　　　　　BRIAN C. FRONTINO
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
10　　　　　　　　　　　　　　　　　　　　　AMERICAN EXPRESS
　　　　　　　　　　　　　　　　　　　　　　CENTURION BANK
11

12
　　Dated:_____, 2006　　　　PETTIT KOHN INGRASSIA
13　　　　　　　　　　　　　　　　　　　　& LUTZ PC

14
　　　　　　　　　　　　　　　　　　　　By:_____
15　　　　　　　　　　　　　　　　　　　　　　DAMIAN M. DOLIN
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
16　　　　　　　　　　　　　　　　　　　　　ALLIED INTERSTATE, INC.,
　　　　　　　　　　　　　　　　　　　　　　PEACE M. ANSAH-MENSAH
17　　　　　　　　　　　　　　　　　　　　　and WILLIAM D. BORGHESE

18
19　Dated: _9-15_____, 2006　　　MATHENY, SEARS, LINKERT
　　　　　　　　　　　　　　　　　　　　& LONG, LLP
20

21　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　　　RICHARD S. LINKERT
22　　　　　　　　　　　　　　　　　　　　　MICHAEL A. BISHOP
　　　　　　　　　　　　　　　　　　　　　　ADRIANNE B. SAMMS
23　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　　　　OSI COLLECTION SERVICES,
24　　　　　　　　　　　　　　　　　　　　　INC. and AARON FERRIER

25

26

27

28
STIPULATION AND [PROPOSED] ORDER
TO EXTEND TIME FOR ALL PARTIES'　　　　　- 2 -
INITIAL DISCLOSURES UNDER F.R.C.P. 26(a)

CASE: GERBER v. AMERICAN EXPRESS CENTURION BANK, et al.
CASE NO: 2:06-CV-1024-DFL-DFD

I am over the age of 18, not a party to this action, and am employed in Sacramento County by Pacific Mail Center at 7737 Fair Oaks Blvd. Carmichael, CA 95608.

On Sept. 20, 2006, I served the following document(s) described as:

**FIRST AMENDED COMPLAINT, INCLUDING JURY DEMAND**

**CIVIL COVER SHEET**

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR ALL PARTIES' INITIAL DISCLOSURES UNDER FED. R. CIV. P. 26(a)**

on the parties herein, by placing true copies thereof in sealed envelopes addressed as follows:

**Attys. for defendants American Express Centurion Bank:**
JiAe Moon and Brian C. Frontino
Stroock & Stroock & Lavan LLP
2029 Century Park East, Suite 1800
Los Angeles, California 90067-3086

**Atty. for defendants Allied Interstate, Inc. and individuals Peace M. Ansah-Mensah and William D. Borghese:**
Damian M. Dolin
Pettit Kohn Ingrassia & Lutz PC
12250 El Camino Real, Suite 350
San Diego, California 92130

**Attys. for defendants OSI Collection Services, Inc. and an individual, or the alias of an individual, Aaron Ferrier:**
Michael A. Bishop
Matheny Sears Linkert & Long LLP
3638 American River Drive
Sacramento, California 95864

BY MAIL
In accordance with the regular mailing, collection and processing practices of this office, with which I am readily familiar, by means of which mail is deposited with the United States Postal Service in Sacramento, California that same day in the ordinary course of business, I deposited such sealed envelope(s), with postage thereon fully prepaid, in the designated area for outgoing mail for collection and mailing on this same date following this office's ordinary business practices.

I (print name) THEOLA GOLDEN declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on (date) Sept. 20, 2006 at Carmichael, California.

Signed: [signature]

PROOF OF SERVICE