STROOCK & STROOCK & LAVAN LLP
STEPHEN J. NEWMAN (State Bar No. 181570)
JIAE MOON (State Bar No. 198370)
BRIAN C. FRONTINO (State Bar No. 222032)
2029 Century Park East, Suite 1800
Los Angeles, California  90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
lacalendar@stroock.com

Attorneys for Defendant
AMERICAN EXPRESS CENTURION BANK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH E. GERBER, an individual, | Case No. 06-CV-1024 DFL DAD |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| AMERICAN EXPRESS CENTURION BANK, a Utah corporation, d.b.a. AMERICAN EXPRESS and AMERICAN EXPRESS CARDS; ALLIED INTERSTATE, INC., a Minnesota corporation; MYESHA MENSA, an individual or the alias of an individual, DAN BORGHESE, an individual or the alias of an individual; OSI COLLECTION SERVICES, INC., a Delaware corporation; and, AARON FERRIER, an individual or the alias of an individual, | Action Filed: May 10, 2006 |
| Defendant. | |

# **STIPULATION**

WHEREAS, plaintiff Joseph E. Gerber ("Plaintiff") filed his First Amended Complaint in this action on September 20, 2006;

WHEREAS, defendants American Express Centurion Bank, OSI Collection Services, Inc. and Aaron Ferrier, Intellirisk Management Corporation dba Allied Interstate, Inc., Peace M. Ansah-Mensah and William D. Borghese were served with the Summons and Complaint on or about September 20, 2006;

WHEREAS, Defendants' response to the First Amended Complaint currently is due on October 10, 2006;

WHEREAS, the parties have reached a settlement in principle and agree that additional time is necessary to finalize the settlement documents and carry out their respective duties under the settlement; and

WHEREAS, the parties wish to finalize the settlement before the parties incur unnecessary litigation expenses.

IT IS HEREBY STIPULATED, by and between Plaintiff, on the one hand, and Defendants, on the other, that the time for Defendants to respond to Plaintiff's First Amended Complaint is extended to October 24, 2006.

**IT IS SO STIPULATED**.

Dated:  October 10, 2006                              JOSEPH E. GERBER (in pro per)


                                                                      By:  /s/ Joseph Gerber
                                                                                Joseph E. Gerber

| | |
|---|---|
| Dated: October 10, 2006 | STROOCK & STROOCK & LAVAN LLP<br>STEPHEN J. NEWMAN<br>JIAE MOON<br>BRIAN C. FRONTINO<br><br>By: /s/ Brian C. Frontino<br>         Brian C. Frontino<br><br>Attorneys for Defendant<br>   AMERICAN EXPRESS CENTURION BANK |
| Dated October 10, 2006 | PETTIT KOHN INGRASSIA & LUTZ PC<br>DAMIAN M. DOLIN<br><br>By:/s/ Damian M. Dolin<br>         Damian M. Dolin<br><br>Attorneys for Defendants<br>   ALLIED INTERSTATE, INC.<br>   MYESHA MENSA and<br>   DAN BORGHESE |
| Dated: October 10, 2006 | MATHENY SEARS LINKERT & LONG, LLP<br>MICHAEL A. BISHOP<br><br>By:/s/Michael A. Bishop<br>         Michael A. Bishop<br><br>Attorneys for Defendants<br>   OSI COLLECTIONSERVICES, INC.,<br>   AARON FERRIER |

IT IS SO ORDERED.

DATED: October 13, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DDad1/orders.civil/gerber1024.stipord