IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH GERBER,                               No.  CIV.S-06-1024 DFL DAD PS

      Plaintiff,

  v.                                           ORDER TO SHOW CAUSE

AMERICAN EXPRESS CENTURION BANK, et al.,

      Defendants.
_____/

      By order filed October 16, 2006, the undersigned approved the parties' stipulation giving defendants up to and including October 24, 2006, to respond to plaintiff's amended complaint.  The parties represented in their stipulation that they "have reached a settlement in principle and agree that additional time is necessary to finalize the settlement documents and carry out their respective duties under the settlement[.]"  However, the allotted time has expired and defendants have not responded to plaintiff's amended complaint.  Nor have the parties filed dispositional

1

documents disposing of the case based on the apparent settlement agreement.

Accordingly, IT IS HEREBY ORDERED that defendants shall show cause in writing within ten (10) days why each of them should not be sanctioned for their failure to timely comply with the court's order.  The filing of a response to plaintiff's amended complaint, or the filing of documents disposing of this matter, shall be deemed compliance with this order.

DATED: November 6, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
DDad1\orders.prose\gerber1024.osc

2