1  Joseph E. Gerber
   P.O. Box 3222
2  Carmichael, California 95609
   Telephone: (916) 944-2250
3  E-fax: (561) 828-8049

4  *In propria persona.*



FILED

NOV 15 2006

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JOSEPH E. GERBER,<br>an individual,<br><br>                    Plaintiff,<br><br>            vs.<br><br>AMERICAN EXPRESS CENTURION BANK, a Utah corporation, d.b.a AMERICAN EXPRESS and AMERICAN EXPRESS CARDS; ALLIED INTERSTATE, INC., a Minnesota corporation; PEACE M. ANSAH-MENSAH an individual; WILLIAM D. BORGHESE, an individual; OSI COLLECTION SERVICES, INC., a Delaware corporation; and, AARON FERRIER, an individual or the alias of an individual.<br><br>                    Defendants. | Civil Action<br>No.: 2:06-CV-1024-DFL-DAD<br><br>STIPULATION AND<br>ORDER FOR DISMISSAL<br>WITH PREJUDICE |

Plaintiff Joseph E. Gerber and defendants American Express Centurion Bank, Allied Interstate, Inc., Peace M. Ansah-Mensah, William D. Borghese, OSI Collection Services, Inc. and Aaron Ferrier hereby stipulate that the above-entitled action against defendants shall be, and hereby is, dismissed with prejudice on the merits, without costs, disbursements or attorneys' fees to any party.

STIPULATION AND [PROPOSED] ORDER
FOR DISMISSAL WITH PREJUDICE

1  It is further stipulated that a judgement of dismissal with prejudice on the merits may be
2  entered herein.

3  Dated: NOVEMBER 7, 2006                         JOSEPH E. GERBER

5                                                  By: _____
6                                                       Plaintiff, *in propria persona*

7  Dated: _____, 2006                 STROOK & STROOK & LAVAN

8                                                  By: _____
9                                                       STEPHEN J. NEWMAN
                                                        JIAE MOON
10                                                      BRIAN C. FRONTINO
                                                        Attorneys for Defendant
11                                                      AMERICAN EXPRESS
                                                        CENTURION BANK
12

13 Dated: _____, 2006                 PETTIT KOHN INGRASSIA
                                                   & LUTZ PC
14

15                                                 By: _____
                                                       DAMIAN M. DOLIN
16                                                     Attorneys for Defendants
                                                       ALLIED INTERSTATE, INC.,
17                                                     PEACE M. ANSAH-MENSAH
                                                       and WILLIAM D. BORGHESE
18

19 Dated: 11-7-06, 2006                            MATHENY, SEARS, LINKERT
                                                   & LONG, LLP
20

21                                                 By: _____
                                                       RICHARD S. LINKERT
22                                                     MICHAEL A. BISHOP
                                                       ADRIANNE B. SAMMS
23                                                     Attorneys for Defendants
                                                       OSI COLLECTION SERVICES,
24                                                     INC. and AARON FERRIER

25 **IT IS SO ORDERED:**

26 Dated: _____, 2006                 _____

27

28

STIPULATION AND [PROPOSED] ORDER
FOR DISMISSAL WITH PREJUDICE                -2-

1  It is further stipulated that a judgement of dismissal with prejudice on the merits may be
2  entered herein.

3  Dated: NOVEMBER 7, 2006           JOSEPH E. GERBER

5                                     By: _____
6                                     Plaintiff, *in propria persona*

7  Dated: _____, 2006   STROOK & STROOK & LAVAN

9                                     By: _____
                                       STEPHEN J. NEWMAN
10                                     JIAE MOON
                                       BRIAN C. FRONTINO
11                                     Attorneys for Defendant
                                       AMERICAN EXPRESS
                                       CENTURION BANK

13 Dated: 11/7 _____, 2006      PETTIT KOHN INGRASSIA
                                       & LUTZ PC

15                                     By: _____
                                       DAMIAN M. DOLIN
16                                     Attorneys for Defendants
                                       ALLIED INTERSTATE, INC.,
17                                     PEACE M. ANSAH-MENSAH
                                       and WILLIAM D. BORGHESE

19 Dated: _____, 2006   MATHENY, SEARS, LINKERT
                                       & LONG, LLP

21                                     By: _____
                                       RICHARD S. LINKERT
22                                     MICHAEL A. BISHOP
                                       ADRIANNE B. SAMMS
23                                     Attorneys for Defendants
                                       OSI COLLECTION SERVICES,
24                                     INC. and AARON FERRIER

25 IT IS SO ORDERED:

26 Dated: _____, 2006   _____

STIPULATION AND [PROPOSED] ORDER
FOR DISMISSAL WITH PREJUDICE        - 2 -

1  It is further stipulated that a judgement of dismissal with prejudice on the merits may be
2  entered herein.

3
4  Dated: **NOVEMBER 7**, 2006                    JOSEPH E. GERBER

5                                                By:_____
6                                                   Plaintiff, *in propria persona*

7  Dated: **November 7**, 2006                    STROOK & STROOK & LAVAN

8
9                                                By:_____
                                                     STEPHEN J. NEWMAN
                                                     JIAE MOON
10                                                   BRIAN C. FRONTINO
                                                     Attorneys for Defendant
11                                                   AMERICAN EXPRESS
                                                     CENTURION BANK
12

13 Dated:_____, 2006           PETTIT KOHN INGRASSIA
                                                   & LUTZ PC
14

15                                                By:_____
                                                     DAMIAN M. DOLIN
16                                                   Attorneys for Defendants
                                                     ALLIED INTERSTATE, INC.,
17                                                   PEACE M. ANSAH-MENSAH
                                                     and WILLIAM D. BORGHESE
18

19 Dated:_____, 2006           MATHENY, SEARS, LINKERT
                                                   & LONG, LLP
20

21                                                By:_____
                                                     RICHARD S. LINKERT
22                                                   MICHAEL A. BISHOP
                                                     ADRIANNE B. SAMMS
23                                                   Attorneys for Defendants
                                                     OSI COLLECTION SERVICES,
24                                                   INC. and AARON FERRIER

25 **IT IS SO ORDERED:**

26 Dated: **11/15**, 2006                         _____
                                                   Hon. DAVID F. LEVI
27                                                 U.S. DISTRICT JUDGE
28

STIPULATION AND [PROPOSED] ORDER
FOR DISMISSAL WITH PREJUDICE                      - 2 -